[No. 5938–1. Division One. January 8, 1979.]

THE TOWN OF YARROW POINT, *Appellant*, v. JOHN KEPPER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 801494, Peter K. Steere, J., entered August 22, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Dore and Ringold, JJ.

[No. 5964–1. Division One. January 8, 1979.]

JUANITA GILDA, *Appellant*, v. PUGET SOUND POWER & LIGHT COMPANY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 53001, Byron L. Swedberg, J., entered August 5, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James and Ringold, JJ.

[No. 5968–44641–1. Division One. January 8, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT LAWTON AUSTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 75611, Frank D. Howard, J., entered November 17, 1976. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Andersen and Dore, JJ.

[No. 6111–1. Division One. January 8, 1979.]

SEDRO WOOLLEY EDUCATION ASSOCIATION, *Appellant*, v. SEDRO WOOLLEY SCHOOL DISTRICT No. 101, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 38017, Walter J. Deierlein, Jr., J., entered November 7, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James and Ringold, JJ.